162 So. 546

## UNITED BENEFIT LIFE INS. CO. v. Ella E. DOPSON.

### 3 Div. 138.

Supreme Court of Alabama.
June 27, 1935.

London, Yancey, Smith & Windham and J. K. Jackson, all of Birmingham, for petitioner.

R. S. Hill, Jr., and John L. Goodwyn, both of Montgomery, opposed.

PER CURIAM.

Petition of the United Benefit Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in United Benefit Life Ins. Co. v. Ella E. Dopson, 162 So. 545.

Writ denied.

ANDERSON, C. J., and THOMAS, BOULDIN, and BROWN, JJ., concur.

162 So. 547

### Gordon HAMILTON v. STATE.

#### 5 Div. 207.

Supreme Court of Alabama.
June 27, 1935.

Felix L. Smith, of Rockford, and Pruet & Glass, of Ashland, for petitioner.

A. A. Carmichael, Atty. Gen., and Jas. L. Screws, Asst. Atty. Gen., for the State.

BOULDIN, Justice.

Petition of Gordon Hamilton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Hamilton v. State, 162 So. 546.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.